**No. 09-10742. Alan Wade Johnson, Petitioner v. Brad Livingston, Executive Director, Texas Department of Criminal Justice, et al.**

562 U.S. 851, 131 S. Ct. 106, 178 L. Ed. 2d 65, 2010 U.S. LEXIS 6363, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 360 Fed. Appx. 531.

**No. 09-10744. Stacey D. Langley, Petitioner v. Thomas L. Carey, Warden, et al.**

562 U.S. 851, 131 S. Ct. 106, 178 L. Ed. 2d 65, 2010 U.S. LEXIS 5932.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10751. Joseph Sanchez, Petitioner v. Mike Evans, Warden.**

562 U.S. 851, 131 S. Ct. 106, 178 L. Ed. 2d 65, 2010 U.S. LEXIS 5947.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10753. Wayne C. Barnes, Petitioner v. Royal Health Care LLC.**

562 U.S. 851, 131 S. Ct. 106, 178 L. Ed. 2d 65, 2010 U.S. LEXIS 6090.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 357 Fed. Appx. 375.

**No. 09-10758. Marcia Fields, Petitioner v. Ohio.**

562 U.S. 851, 131 S. Ct. 106, 178 L. Ed. 2d 65, 2010 U.S. LEXIS 5885, 

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Brown County, denied.

**No. 09-10762. Mark Davis, Petitioner v. Kanawha County Board of Education.**

562 U.S. 851, 131 S. Ct. 107, 178 L. Ed. 2d 65, 2010 U.S. LEXIS 5943.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 515.

**No. 09-10763. Michael Anthony Evans, Petitioner v. Andrea E. Eldridge, et al.**

562 U.S. 851, 131 S. Ct. 107, 178 L. Ed. 2d 65, 2010 U.S. LEXIS 6000, 

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.